IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. SCOTT JEFFREY MELNICK, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-6032 |
| | : | |
| v. | : | |
| | : | |
| MRS. JANE WETZEL and MR. JACK WETZEL, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MR. SCOTT JEFFREY MELNICK, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-6034 |
| | : | |
| v. | : | |
| | : | |
| MR. JACK WETZEL and MRS. JANE WETZEL, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER TO SHOW CAUSE</u>

**AND NOW**, this 29th day of October, 2014, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1.      The plaintiff *pro se*, Mr. Scott Jeffrey Melnick, will **SHOW CAUSE** why the court should not dismiss this action for lack of subject-matter jurisdiction;

2.      The plaintiff, if responding, must file a written response with the court no later than **Friday, November 14, 2014**;

3.      If the plaintiff fails to respond to this order to show cause, the court will interpret his failure as an indication that he is unopposed to dismissal of this action; and

4.      The court will hear argument on the issues raised in this order and accompanying memorandum opinion on **Wednesday, November 19, 2014**, at **10:00 a.m.** at the Holmes Building, 4th Floor, 101 Larry Holmes Drive, Easton, Pennsylvania.

BY THE COURT:


*/s/ Edward G. Smith*
EDWARD G. SMITH, J.